F. #2016R01393

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA | STIPULATION AND ORDER |
| - against - | 21 CR 64 (KAM) |
| LARBY AMIROUCHE, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - -X

WHEREAS, the discovery materials to be provided by the government in the above-captioned case (hereinafter, the "Discovery Materials") contain personal financial information and personally identifiable information regarding various specific individuals, including information relating to the bank accounts, addresses, social security numbers and dates of birth of those individuals, and financial information for specific corporations, including information related to bank accounts (collectively hereinafter "PII"),

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that:

1. The Discovery Materials can be used by the defendant and his defense counsel in this matter only for purposes of trial preparation, defense at trial against the charges set forth in the above-captioned indictment, and any related appellate matters arising from the above-referenced trial.

2. Absent further order of the Court, the defendant and his defense counsel may not disclose or disseminate the Discovery Materials containing PII (even if the PII has been redacted) or any information contained in those documents to anyone who has not signed this

5. Any violation of this Stipulation and Order will be raised with and determined by the Court, and may result in sanctions to be imposed by the Court.

Dated: Brooklyn, New York
March 3, 2021

SETH D. DuCHARME
Acting United States Attorney

By: _____
David C. Pitluck
Assistant U.S. Attorney
(718) 254-6108

FOR THE DEFENDANT:

_____
Larby Amirouche
Defendant

_____
Michael Kushner, Esq.
Attorney for Amirouche

So Ordered.

_____
THE HONORABLE KIYO MATSUMOTO
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK

3