

March 2, 2022

**By ECF**

Hon. Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    United States v. Larby Amirouche
                Criminal Docket 21-cr-0064-KAM

Your Honor,

      I represent the Defendant in connection with the above-referenced matter. I write to respectfully request an adjournment of the status conference, currently scheduled for March 3, 2022 to a date in mid-April 2022 that is convenient for the Court. The Government has provided a written plea agreement to Mr. Amirouche that I believe will resolve the case. However, my discussions with Mr. Amirouche regarding this plea have been delayed because of a delay in a trip that I took out of the country and an illness that occurred upon my return. I expect that the parties will resolve any outstanding issues within the next two weeks and seek a referral to the Magistrate for a change of plea hearing. Alternatively, if the parties are not able to reach a resolution, the parties can submit a joint letter within thirty days to alert the Court to whatever motion schedule seems sufficient to move the case forward towards a resolution. The parties would further respectfully request that the Court issue an Order of Excludable Delay in this case from March 3, 2022 to the date in April 2022 that the Court sets for the next status conference. AUSA David Pitluck consents to this request.

                                                 Respectfully submitted,

                                                 Michael P. Kushner, Esq.

Cc:    AUSA David C. Pitluck (By ECF)