U.S.D.J. KIYO A. MATSUMOTO       TIME: 10:00 a.m.- 11:00 a.m.       DATE: 5/5/2022

## CRIMINAL CAUSE FOR PLEADING VIA VIDEO REMOTE

USA - V. AMIROUCHE                                    Docket No.: 21-CR- 64 [KAM]

Defendant: **Larby Amirouche**

**Docket & File**

  X present      ___ not present      ___ custody     X bail

Def. Counsel: **Michael Peter Kushner**
  X present    ___ not present     X Retained     ___ (CJA)     ___ Federal Defender

AUSA: **David Pitluck**     Deputy: **S. Jackson**     C./R: **Linda Danelczyk**

- **X** Case Called
- **X** Defendant's First Appearance
- **X** Defendant: **X**    Sworn **X**    Arraigned **X**    Informed of Rights **X**
- **X** Waiver of Indictment Executed for Defendant
- **X** Superseding Indictment/Information Filed
- ___ Bench Warrant Issued: _____
- **X** Defendant Enters Guilty Plea to Count(s) **all** of the **Superseding Information**.
- ___ Defendant Withdraws Not Guilty Plea and Enters Plea of Guilty to Count(s) ___ of the Indictment.
- **X** Court Finds Factual Basis for the Plea
- **X** Sentencing is scheduled for **September 20, 2022 at 10:00a.m.**
- ___ Sentencing to be set by Probation
- **X** Bail/Bond: ___ Set ___ Continued for Defendant ___ Continued in Custody
- ___ Case Adjourned to ___/___/___ at _____
- **X** Court accepts the Plea of Guilty.
- **X** Transcript Ordered
- **X** Counsel are advised that they are expected to follow Federal Rule 32 with regard to objections, corrections or comments to the Presentence Report (PSR). Defense counsel must respond to the PSR within two weeks of receipt, the government will respond one week thereafter. PSR objections must directed to the probation officer, but need not be filed via ecf, but must be served on chambers, the parties and probation.

- **X** Sentencing motions/submissions (apart from PSR objections) shall be submitted as follows: defendant's submissions shall be filed by **9/1/2022,** and the government shall respond by **9/9/2022,** reply if any, by the defendant, shall be served and filed by **9/15/2022.** The court respectfully request that the parties shall serve chambers with two hard courtesy copies of all sentencing related materials, and one copy served on the probation department.