# Exhibit - Letters of support for Mr. Larby Amirouche

**The Honorable Kiro A. Matsumoto**
**Judge of the United States District Court**
**July 28, 2023**

Your Honor:

Thank you for the opportunity to write this letter on behalf of my son, Luke Williams. As his mother, I am proud of my son and how is he taking care of himself mentally and physically. Luke is a wonderful, bright, talented, and loving son and I would not trade him for anything in the world. He consistently takes his prescriptions to address his bipolar condition and feels so much better. He lives each day in a stable, spiritual, and healthy manner by exercising, taking yoga classes, volunteering, and attending church. He has a fantastic team of therapists, doctors and clergymen who support him. I can see that Luke is focused on the future with a cheerful outlook and looking forward to living his best life.

Luke has been living in our family home for the past two and a half years since a manic episode had him hospitalized at an inpatient facility the month following his indictment. We enjoy having him here and he participates in family dinners and helps me around the house when he is not involved in his volunteer and church committees. My husband, Farid and I will be married 39 years in August were fortunate to have given our children a loving, stable upbringing with many happy memories. He is close to his only sister, Anissa, and has always been protective and kind to her. They were inseparable as children. Luke is, gregarious, and friendly and has always had lots of friends. Luke has stayed in contact with many of them since high school and helps them when they have a problem or need someone to listen to.

Luke and our family experienced great sorrow in the past twenty-four plus months with the passing of his grandmother to Covid during the pandemic and his grandfather to Alzheimer's last October. During this emotional time Luke has been a blessing to have in the house. Last summer when my father was extremely ill, I stayed in Ohio as much as I could. Luke assured me he would care of our twelve-year-old Labrador who was recovering from thyroid cancer surgery and kidney failure. We treated Layla with subcutaneous IV fluids at the recommendation of the vet. Luke went above and beyond to help Layla by researching which intravenous fluids were most effective. He ordered all the necessary supplies and kept track when she needed more. He was so kind and gentle with Layla and gave her IV therapy every morning and made sure she took all her medicine twice daily. Unfortunately, we lost Layla in January of this year and it broke Luke's heart. He accompanied me to the vet when we had to put her down which was something he had never experienced.

Luke converted to Catholicism a couple of years ago and has turned his life around spiritually. He has always been a good-hearted person who gets along well with anyone he meets. This past winter I would hear him leave the house midnight, often when it was extremely cold to assist at a men's homeless shelter. He said he took the shift because the other volunteers were older than him and he thought they needed their sleep. A few of the elderly members of his church fell in love with him and would often ask him how to fix their computers. In his kindness, one time he even helped an older woman at church who could not figure out how to delete the captions on her TV. I loved hearing Luke's stories about volunteering, and he always had a smile on his face. He spent months trying to upgrade the churches internet system and other improvements for the free store to help refugees schedule appointments.

Your Honor, thank you for reading this letter and please take into consideration how Luke has worked so hard to improve his health and self-esteem by becoming a valuable member of our community. I am available to answer any questions you may have about my son who I love so dearly.

Sincerely,

Ginger Amirouche
835 Woodbine Rd.
Highland Park, IL 60035
630-284-9661

The Honorable Kiyo A. Matsumoto
Judge of the United States District Court
July 31st, 2023


I am Luke's dad and thank you for allowing me to write this letter of support on behalf of my son. My son has been my inspiration, and I love him dearly. The indictment has brought extreme hardship on all of us, particularly Luke. It pains me deeply to see what my son has gone through physically and emotionally, and my family has built so much hope in seeing the new person he has become.

My son has overcome some challenging health adversity with his bipolar condition, which required an uphill battle to stabilize his situation. His positivity and strong faith in God have made him a new person. We feel strongly that being home with us has given him the stability in life he needs to be productive and help serve his church community. These past two years, my wife Ginger and I have allowed him to have his own space and provided him with the financial support to regain his self-esteem and work closely with his doctors. His health was in peril when he moved back in, and we have seen a tremendous shift in awareness, discipline, and self-esteem.

My son has many qualities and genuinely cares about his friends and family. He is warm and respectful of others. As a child, he was likable by all his friends and neighbors and loved sports and video games. We enjoyed visiting his grandparents in Ohio and being around the family. My mother, who passed away last year with covid, always had a place in her heart for Luke and prayed for him daily. She adored him as a grandson, and Luke cared deeply for her.

Growing up, Luke was very close to his sister Anissa, and they were sometimes mistaken for twins as they were inseparable. He did everything to help his sister; she was his best friend. Luke has always been cordial, respectful of others, and well-behaved. From all the family fun we had together, I treasure those great moments watching him play soccer while I coached his team for several years. Christmas holidays were his favorite. When my son was diagnosed with ADHD early in elementary school, we didn't know much about the medical condition, and looking back, I feel we could have done better. His bipolar disorder became more pronounced after high school.

His high school graduation was a day that led to tears of pride, and I watched Luke be recognized for his tenacity and determination.

My son was hospitalized with a rare infectious, septic bacterium in 2014-15, which made him quite ill. We worked extremely hard to be at his bedside and helped him get his needed care. That episode took a few weeks of scare and made us realize life is invaluable. His condition is rare and requires the hospital and treating physician to share his clinical data with CDC and NIH. These bacteria are dormant and can't be eliminated from his system.

Luke has a good heart, is kind, and is determined to care for people in need and rebuild his career. As a family, we've never faced a challenge like this, and our collective compassion is sought to give us hope.

I wholeheartedly ask for leniency, and please allow my son to continue his needed health treatments, help him maintain a productive life, and be close to his family and church. If you need additional information, please feel free to email me.

Respectfully,

*Farid Amirouche*

Farid Amirouche, PhD
University of Illinois Scholar Professor
Professor and Director Orthopaedic Research
Department of Orthopaedic Surgery
University of Illinois at Chicago.
Email: farid.amirouche@gmail.com



The Honorable Kiyo A. Matsumoto
Judge of the United States District Court
27 July 2023

Your Honor:

Luke Williams is an invaluable and loved member of Holy Cross Catholic Church in Deerfield, Illinois since 2020. I met Luke immediately when he came to Holy Cross. He was interested in completing the formation in the Catholic faith that he had begun at St. John Cantius Church in Chicago before he moved to Highland Park. My work is to accompany and instruct adults exploring Catholicism.

Immediately I knew that Luke's spiritual search was genuine and profound. He was quite intellectually curious. And he had an even deeper, sincere desire to conform his life to Christ morally, ethically and sacramentally. Even before he was baptized, he jumped into community life by volunteering for humble service—setting up and taking down tables and chairs for a large good-bye party we had for our retiring pastor in June 2021, and the following month joining our Men's Ministry wherein he has helped with set-up and take-down for 5 of their Men's Movie Nights so far. After his sacramental initiation on September 1, 2021, Luke has continued volunteering for the more physical set-up and take-down work that many of our older members can no longer do, for a large neighborhood party in October 2021, our fair-trade sale in November 2021 and 2022, and he even helped decorate the church for Christmas. He is always willing to load and unload furniture for the refugees we serve via the Deerfield Free Store here on our campus.

And not only that. Luke has used his technical skills in two crucial ways for the Deerfield Free Store for Refugees and the parish. He created a scheduling application for the Free Store that allows refugees to schedule their shopping appointments and donors to schedule their dropping off of clothes and furniture. It is effective beyond our imagining. The Free Store is an interfaith effort of Christians and Jews from about 5 different religious congregations and none of us were able to do this, nor could we have afforded to hire someone. For the parish, Luke untangled our completely inadequate, slapped-together network infrastructure. At pastor Rich LoBianco's request, he has fixed the most immediate problems and has come up with a plan for further improvement. Luke has worked at this with a passion for the common good, and both the Free Store and the parish are much better off now thanks to him.

Luke continues his studies with me and about 15 other Holy Cross members in a weekly Wednesday scripture study. He joined our new Salt + Light Social Justice Ministry in July 2021 and has been an active member since. And of course, he participates in Sunday Mass every week.

I am impressed and humbled by Luke's personal and spiritual growth these past 3 years. He knows that both are life-long processes and he is sincerely committed to further growth and even greater service of others. We at Holy Cross give thanks to God for Luke and will morally and prayerfully support him always.

Sincerely,

David Philippart

Mr. David Philippart, Director of Adult Faith Formation

724 ELDER LANE—DEERFIELD, IL 60015
PHONE: 847-945-0430 FAX: 847-945-7651 WWW.HOLYCROSSPARISH.NET

---------- Forwarded message ---------
From: **Ted McJoynt** <Theodore_McJoynt@ilnpt.uscourts.gov>
Date: Wed, Jul 12, 2023 at 3:09 PM
Subject: RE: Rx Verification
To: Luke Williams <luke@blackout.dev>

Thanks Luke. Hope you're doing alright. Also, you've come a very long way; you have achieved so much and maintained your resolve despite the palpable challenges that has beset you. I just wanted to let you know that, since it is not only true, but that I just haven't apprised you of this unassailable fact; keep up the good work. Thank you.

**Ted McJoynt, M.S.**

**United States Pretrial Services Officer**

**U.S. District Court for the Northern District of Illinois – Eastern Division**

Everett McKinley Dirksen United States Courthouse

219 South Dearborn Street; Suite-#: 15-100

Chicago, Illinois; 60604-1984

Direct Office Telephone Number: (312) 435-5792

Cellular Telephone Number: (312) 296-6901

E-Mail Address: Theodore_McJoynt@ILNPT.USCourts.gov

U.S. Pretrial Services Main Facsimile Number: (312) 435-5545

U.S. Pretrial Services Main Telephone Line: (312) 435-5793

*** CONFIDENTIAL COMMUNICATION ***

**This e-mail and any attachment(s) therein contain privileged and confidential information that is intended only for the use of the individual or entity named above. Any information within this communication is protected by electronic privacy laws and is therefore exempt from disclosure under applicable laws as well. If the reader of the e-mail is not the intended recipient, employee, and/or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, or duplication of this e-mail is strictly prohibited by law. If you have received this e-mail in error, please notify the sender via e-mail and delete the material from any electronic device immediately. Thank you for your cooperation within this matter.**

Hugo Baptista Canas
120 Velyka Vasylkivska, flat 12
03150 Kyiv, Ukraine
Email: hugocanas2@gmail.com
Phone: +380 50 445 7649

27/07/2023

Re: Character Reference for Luke Williams

Dear Judge Matsumoto,

I'm a British-educated Portuguese national who has been living and working in Ukraine since 2005, where I met Luke (at the time Larby) through a mutual acquaintance in 2019, and we became friends.

Luke stroke me as being very intelligent, open, energetic, hard-working and motivated. He was a very interesting and friendly person. Early on he warned me he had Bipolar and ADHD, but I didn't know anyone else with such disorders, so to me he was as normal as everyone else. I just noticed that he was a high-achiever, and I helped him looking for an office for his company.

Once it was fully staffed and operational, I would visit his office, and I witnessed the challenges he faced of doing business in Ukraine, which I knew from personal experience how taxing and frustrating they could get, especially for Westerners. I sometimes observed occasional mood swings, which could have very well been attributed to either the brutal business environment in Ukraine at the time, or his own bipolar disorder. To be honest, most American entrepreneurs I met went through similar tumultuousness in their first years in Ukraine. Yet, every time I'd pick Luke up from home or the office (as he tended to bury himself in work as a way of weathering a mini-depression), and take him out, sometimes shopping or to the waterfront for a bite, he'd cheer up and was always great company and expressed gratitude for the outing.

Despite his Bipolar and ADHD, he never faulted at being respectful towards others. And despite some of his staff not meeting their KPIs, I have always witnessed him opting to take a patient and respectful coaching response for their sometimes lazy shortcomings, even taking some of them under his wing, especially those with personal health struggles. Despite his motivation to succeed in business, I have always witnessed Luke being kind and caring towards others, which is why we've remained friends to this day, as he has even immediately offered support during the war, and I can attest that Luke has done and will continue doing a lot of good around him, especially once this legal ordeal, which has weighed so much on him, is finally over.

Yours sincerely,

Hugo Canas

Dear Judge Matsumoto,

My name is Eric Clamage and I went to middle school and high school with Luke Williams.

Luke has always been a close friend to me and has helped me in many situations. My most important example is that I got addicted to gambling and not only did he solve my debt from gambling losses he made sure I started attending GA. He called me weekly to talk about it at that time. There were very few people at that moment that I trusted, and Luke always came through for me in whatever way I needed. It has been over 5+ years since I last made a bet on a specific sports game (I play fantasy football with friends to keep up with them) and I owe this to Luke.

Another story I have is we have a mutual friend that was having a tough time directly following college and Luke heard about this and being close with this mutual friend at the time, he called him and offered him a job to help him out. I truly am grateful for Luke's actions because I believe he might have saved this mutual friends life at that time.

I have recently met up with Luke to catch up and I have realized the amount of change he has gone through. Not only do I think he has changed in the best way, I think the best attributes he had stayed with him. He's loyal, trustworthy, accountable, humble, and compassionate. I think if he gets the second chance he deserves you will see this side of Luke Williams as I do.

Thank you Judge,

Eric Clamage

847-840-4331

Eric Clamage

Dear Judge Kiyo A. Matsumoto,

I have known Luke since elementary school. I became friends with him because he was so outgoing and personable. He has a great sense of humor, a good heart, and is extremely intelligent. As we got older our friendship grew even stronger. We shared many classes, enjoyed playing sports, and just hanging out together. Luke was always very independent and generous. He won a March Madness pool years ago and instead of keeping the money, he donated it to the Cystic Fibrosis Foundation. This was a very touching gesture as I have a sister with Cystic Fibrosis. This is an indication how caring, philanthropic, and compassionate he is. Luke always treated me and others when we would go out together. He always showed respect for me and our other close friends. When we hung out during our adolescent years it was enjoyable time spent together. Luke truly cares for his friends and family. I consider Luke to be a lifelong friend. Nothing will change that.

Thank you your honor for giving Luke every possible consideration.

Sincerely,

Jarrett Golman

(847) 691-7947

Jarrett.golman@gmail.com

Jarrett Golman

Dear Judge Matsumoto,

My name is Jeremy Ruthstein and I am writing this letter to express my personal feelings for my longtime friend, Luke. I have had the privilege of knowing Luke since early elementary school, where we quickly developed a close friendship. This friendship was founded on kindness and humor (it's incredible how well we can perceive these traits even as children). However, as the years went on and we became older, I began to notice more traits from Luke that earned my deep respect. He always acted selflessly as teens, whether it being to help me build my first computer, get me through a tough game, or give me a ride to the movies when I didn't have a car. It's this kindness that kept me as a close friend, and I tried to reciprocate as best I could.

Into our 20's, i began to see Luke's business acumen and related talents. I wanted to be as smart as him. Through his early internet marketing days, he had helped me learn how to do "affiliate marketing", but I was unable to keep up and was unwilling to drop out of my own college to focus on it. I do believe this is where Luke began to get "caught up" in the internet marketing world and where he began to make mistakes. I say mistakes because, in-hindsight, he was smart, but also young and foolish (as most of us can be at that age). Though he broke the law, I firmly believe his intentions were never evil or manipulative, and most simply put, a matter of being caught up in greed. I also know that he recognizes his terrible mistakes, and that he truly would do anything in his power to right his wrongs. Though I was ignorant of his misdoings, his willingness to always help me and be a friend to me never wavered. Thankfully, these traits have stuck with him, and have even become stronger. From many conversations in the past months and years, it's beyond evident that he wants to be a better person and better the lives of the people around him. As a close friend, I can tell sincerity vs. insincerity. He sincerely enjoys his volunteer work, devotion to his church, and bettering the community. I really do believe he is a "changed man".

I am a big believer in the phrase "we're only human". I believe anyone is capable of making mistakes, I know I've made many. But the one thing that makes all the difference in the world is one's willingness and understanding to learn from their mistakes, and to not repeat them. Luke is a human whom I believe has learned from his mistakes and wants to better not only himself, but the people lucky enough to ever meet him. I am incredibly hopeful for your leniency in his sentencing. Please, let me know if I may share any more.

Thank you, judge.

Cordially,

Jeremy Ruthstein
Contact:
847-220-1153
Jeremy.ruthstein@gmail.com

July 30, 2023

John M. Born, CPA
2301 Laguna Cir
APT 201
North Miami, FL 33181

Dear Judge Matsumoto,

I've known Luke since Freshman year of high school. Throughout our friendship, Luke has been kind, generous, and empathetic person. Let me tell you a story.

In 2014, Luke decided he wanted to adopt a dog. Instead of going to a breeder, he went straight to craigslist to save a life and adopt this dog. When he brought the dog home, he immediately knew there was something wrong. The dog was shy, timid, nervous, scared, and frightened. The dog immediately ran under a chair and would not come out – strange behavior for any dog – adopted or not. It turns out, this dog was abused by the breeder. The family that purchased this dog realized this and said to themselves that they did not want to deal with the responsibility of caring for an abused dog. When Luke adopted the dog, it had hook worms, a bad skin condition, and its ears were eaten by flies (all hidden from the pictures on craigslist and not disclosed by this family). At this point, most people who return the dog, or drop the dog off at a shelter. But Luke didn't do this. Luke showed empathy for the dog and instead, treated the dog like his son. He nurtured the dog back to good health. Every day he would comfort and show love to the dog, feed the dog, walk the dog, play with the dog. Although the dog still had emotional PTSD from its abuse, Luke was able to form a tight bond with the dog, nurturing it back to life.

Whether or not the well-being of an abused and mistreated animal matters to you, it matters to Luke. Because anyone who is a bad person who has no heart would never treat an animal that way. And why is that important? Someone who is asking friends to write letters to claim this person is now "redeemed" or "saved" or now is a "good person" just to get a lighter sentence wouldn't have this example of how good a heart they have – and all during the same timeframe when he may have made some wrong choices in other parts of his life. He has always been a good person and I believe no matter what happens to him, he will still always be a good person, he will still always care about the well-being of a human – or an animal.

PS – the dog now lives like a king and has the best life any dog could possibly have. And no, that is not an exaggeration. And if it weren't for Luke, this dog would not even be alive today.

Sincerely,

John Born
__________________________
John M. Born, CPA

Tyrone Jay Santos

+63 956 267 1707

tlsantos@up.edu.ph

July 31, 2023


Dear Judge Kiyo A. Matsumoto,


I am writing this letter to provide a character reference for Mr. Luke Williams, who I have had the privilege of working under as a virtual assistant at since 2019. I first worked for him part time in 2019 as a recruitment specialist but due to me having personal issues, I needed to leave the company after a few months. It was during the pandemic when I applied to him again as a general virtual assistant and he accepted me again. Throughout my time working with Mr. Williams, I have consistently found him to be an exceptional leader, mentor, and an invaluable asset to our organization.

In addition to Mr. Williams' remarkable professional abilities, he is also a compassionate and approachable individual. He creates an inclusive and supportive work environment, fostering open communication, and encouraging collaboration among team members. He consistently demonstrates empathy towards employees, recognizing their strengths and providing opportunities for growth and development. He has been instrumental in motivating and inspiring me and my colleagues to achieve our full potential.

Mr. Luke Williams possesses a remarkable ability to maintain a cheerful and encouraging atmosphere, even when faced with demanding tasks or tight deadlines. His unwavering optimism and enthusiasm are contagious, serving as a source of inspiration for the entire team. Mr. Luke Williams consistently offers words of encouragement and acknowledges the efforts and achievements of each team member, fostering a sense of pride and motivation among the staff.

In addition to Mr. William's positive attitude, he is also an excellent communicator and actively listens to the concerns and ideas of others. He values the opinions and contributions of each team member, creating an inclusive environment where everyone feels heard and respected. He encourages open dialogue, which has significantly enhanced collaboration and problem-solving within our department.

Moreover, Mr. Williams exhibits exceptional patience and understanding, particularly when guiding and mentoring colleagues. He takes the time to provide thorough explanations, offer constructive feedback, and support the professional growth of individuals on the team. His willingness to invest time and effort into the development of others demonstrates his commitment to fostering a positive work environment and cultivating a strong, cohesive team.

In summary, Mr. Williams embodies a consistently positive attitude that permeates throughout our workplace. His optimism, excellent communication skills, and unwavering support have created an environment where individuals thrive both personally and professionally. Mr. Luke Williams is an exceptional leader who not only inspires those around him but also actively contributes to the success and well-being of the entire team.

If you require any further information or have any questions, please do not hesitate to contact me at tlsantos@up.edu.ph Thank you for considering my character reference.

Sincerely,

Tyrone Jay Santos

**The Honorable Kiyo A. Matsumoto**
**Judge of the United States District Court**
**30 July 2023**


Your Honor,

My name is Anissa Amirouche and I am writing this letter with heartfelt support for my older brother, Luke Williams, who will be appearing before the court in his upcoming hearing. Luke is a loving and caring member of the family and I cannot emphasize enough how fortunate I am to have him as my brother. I know I wouldn't be where I am today, working as a clinical dietitian, without his guidance and support. He is compassionate, empathetic and is always willing to help those around him.

Since childhood, I've seen firsthand my brother's kindness towards others. His remarkable character was evident even during our early years, such as the time he graciously shared his birthday presents with me to ensure my happiness and inclusion. Whenever I encountered a problem he was always the first person I could rely on without hesitation. When I was ten years old, I found myself in a terrifying situation at school– a choking incident that left me gasping for air. When Luke became aware of what was going on he rushed to be by my side. As distressing as this experience was for me, I found comfort and assurance knowing that he was there for me. Throughout adulthood he's maintained that same presence in my life and has supported my parents through many hardships. Throughout this past year he single-handedly managed the medical care for our family labrador, Layla, who was diagnosed with thyroid cancer and kidney failure. In addition, he's been focused on helping out around the house and has always been present for family dinners, birthdays and holidays.

Throughout his life, Luke has faced tremendous challenges struggling with mental illness. As a sibling, I have witnessed the impact this has had on all facets of his life. Despite the invisible battles he fights every day with bipolar disorder, he's displayed immense resilience and strength to overcome these challenges and take responsibility for his life since his arrest. I have watched him learn from his mistakes and make a conscious effort to find the right path in life. He's completely turned his life around and I deeply admire his commitment to bettering himself. Through practicing yoga, participating in therapy, attending church and spending more time with his family, it is evident that he's actively working towards self-improvement.

It is my sincere hope that you recognize the profound impact my brother has had on the lives of those around him, including mine and the steps he's taken towards redemption in your decision. I truly care for him and am confident in his ability to positively contribute to society.

Thank you for your time and consideration. If there is any information or testimony that you require, please do not hesitate to reach out to me.

Thank you,

x anissa amirouche

Anissa Amirouche, MS, RDN, LDN, CNSC
1555 N Sandburg Terrace. Apt 310
Chicago, Illinois 60610
630-284-9653

John Kania
294 Hilltop Rd
Talent OR 97540

Judge Matsumoto

My name is John Kania. This letter is to serve as a character reference for Luke Williams. Luke and I met professionally about 10 years ago. In the last decade, we developed a friendship past our working relationship that has had some incredible peaks and valleys.

Luke has undergone a major transformation over the past year +. Most impressive about Luke's transition over the past 12-18 months is his ability to focus his energy on figuring out what it takes to sustainably function, individually. I mean managing daily stress and anxiety with impeccable diet and exercise. Finding a routine that fosters production. Using fitness tracking apps to dig into how the mind and body are connected, and how to use this information to regulate mood . I believe Luke has developed the proper tools to properly combat adversity and stay on track. When life takes a traumatic turn, you can deal with it head on or you can run from it. Luke has put in the time. Luke has put in the effort. I believe you can see and measure the results right now. There is still lots of progress to be made.

One of the most important actions I witnessed was his involvement in the Deerfield Free Store. Luke used his brain and business contacts to set up the computer systems. He also uses his muscles to help move products in and around the store. The store is a smashing success helping refugees in the area. I can attest, over the past 12-18 months, Luke has contributed his time and talents to improving the community. Several organizations have seen direct operational and organizational improvements with Luke's involvement.

I firmly believe Luke knows what needs to be done to be a successful member of the community.

Thanks,

John Kania

Therese Villanueva
+63 915 650 6560
villanuevamtc@gmail.com
July 27, 2023


To Judge Kiyo A. Matsumoto,

I am writing this reference letter for Mr. Luke Williams, with whom I have had the privilege of knowing and working with back in 2020 when he was still known as Larby Amirouche. I first came to know Larby when he hired me as a freelance accountant for his team's payroll computations. It was the height of the pandemic, and I am deeply grateful to him for providing me with the opportunity during such challenging times.

Right from the start, Larby showed his appreciation for good work. Despite the modest compensation initially offered, he recognized my dedication and competence in creating an efficient payroll computation template for the team. He not only acknowledged my efforts but also rewarded me beyond our agreed-upon terms. I'll never forget one of his messages to me where he said, "I will reward you for being so honest every month". Very early on, he unknowingly taught me that I can get rewarded if I always keep my integrity straight.

In 2021, I also had the opportunity to pitch a business idea to Larby—an innovative concept for a virtual event organizer on Zoom, catering to companies, organizations, and schools. Recognizing the challenges posed by remote work setups, I believed this idea had great potential. Larby not only welcomed my proposal with open-mindedness but also attentively listened to my pitch and expressed genuine interest in funding the project. Although, in the end, circumstances prevented the idea from coming to fruition, I will always cherish the experience of having someone believe not only in my idea but also in my ability to execute it.

I have been made aware of the current legal situation that Larby is facing, and even with very limited interactions throughout the time that I've known him, I can confidently say that Larby is an incredibly generous person when it comes to showing appreciation and providing feedback. He has always been supportive and never hesitates to share nuggets of wisdom whenever possible. Yet, he has remained humble and always willing to admit when he's wrong. For these reasons, I will always wish Larby the best, and trust that his true character will be taken into account during the sentencing hearing.

If you require any further information or have specific questions, please feel free to reach out to me at villanuevamtc@gmail.com.


Sincerely,

Therese Villanueva

To,
Judge Kiyo A. Matsumoto

Re: Character Reference for Luke Williams

Dear Judge Matsumoto,

I am writing this letter to provide a character reference for my dear friend, Luke Williams, who is currently involved in legal proceedings before this honorable court. I have known Luke for more than five years now and can attest to their outstanding character and good standing in the community. I met him for the first time when we were working on developing a web application together.

Throughout our friendship, I have had the opportunity to witness firsthand the positive qualities that make Luke an upstanding and law-abiding citizen. I believe these traits are essential to consider when evaluating their involvement in the matter before the court.

Integrity: Luke is a person of unwavering integrity. They have consistently demonstrated honesty and truthfulness in all their interactions, and I have never known them to engage in any dishonest or unethical behavior.

Compassion: Luke is a deeply compassionate individual who has shown empathy and kindness to those around them. They have actively participated in community service initiatives and have always been willing to lend a helping hand to those in need.

Reliability: Luke is someone you can rely on without hesitation. Whether it's a personal matter or a professional commitment, they have consistently demonstrated a strong sense of responsibility and dependability.

Commitment to Family and Friends: Luke places a high value on their relationships with family and friends. They are a loving and caring person who cherishes their loved ones and maintains a strong support system.

Positive Impact: Luke has made a positive impact on the lives of many individuals in the community. Their involvement in various charitable activities and their dedication to making a difference demonstrate their desire to contribute positively to society.

When we were working together, I observed that Luke is one of the most generous human beings I have met. He was always going out of the way to help anyone and everyone with any kind of issues they were facing, be it financial, or emotional. I suffer from OCD and he always had my back. He was always supporting me, suggesting me ways to overcome it by meditation, and all this when he himself was struggling with mental issues like bipolar and ADHD. If I get more chances to work with him again, I will do it over and over.

I sincerely hope that the court will take into consideration the character and reputation of my friend when making any decisions.

I kindly request that the court considers this letter as a testament to the exceptional character of Luke. If there is any additional information or support that I can provide to assist the court in its deliberations, please do not hesitate to contact me at +917665752485 or neha.nehavikas.vikas@gmail.com.

Thank you for your time and consideration.

Vikas Ojha

Dear Judge Matsumoto,

My name is Joey Korman and I have been a friend of Luke's for more than a decade. My experience as a friend of Luke's has been nothing but positive throughout the years. While both of us have experienced ups and downs, Luke has been a friend to me throughout. Just recently, he has shown concern and offered advice as I pursue a new career after being laid off. I can also attest that Luke has been an integral member of the local community and a devoted member of his church. His volunteer work is extremely impressive as he has volunteered more than 60 times at the Deerfield Free Store since its opening in January of 2022.

Regarding his current situation, Luke has always been somebody that I admired and considered to be extremely intelligent. While he may have gotten caught up in the world of internet marketing and made some mistakes at a young age, I truly believe that Luke is, and will continue, to apply his intelligence to helping those around him as his volunteer work has displayed. His commitment to attending daily yoga classes, Bible study, and helping the community has made him a more grounded, and quite frankly, much happier person. He truly enjoys this life he is leading and I can honestly say he is a changed person.

Luke has most definitely learned from his prior mistakes and I truly believe will not repeat them. I hope for leniency regarding Luke's sentencing so he can continue to devote his time to the community and bettering the lives of people around him.

Thank you,

Joey Korman

(847) 609-5639

7/30/2023


Dear Judge Matsumoto,

I've been friends with Luke Williams since about 2010.  In the years that I've known him he has always been a reliable and trustworthy friend.

I stayed with him in Miami and traveled with him to a couple different countries (Ukraine and Colombia).  In these trips with him I've had the opportunity to get to know him well.

He is creative and innovative.  He is always coming up with creative business ideas and bouncing them off me.  He truly wants to create a business that provides value and improves the world.

Luke is a talented and caring business owner/manager.  He's always focused on finding the best possible people for his company and treating them well in order to create long term success.  In Kyiv, I saw him focus on training and nurturing good relationships with a few of his employees and paying them above-market rates.

Even after he closed his Ukraine office and moved back to the US, he kept in touch with a few of his former employees.  He even had one of his former employees (Maksym) staying with him in Chicago for a while after the war started.  Even though Maksym chose to move back to Ukraine, Luke still often expresses concern for him and tries to help him.

Luke volunteers regularly and is very active in his church.  When I call him, he's regularly volunteering at the church, and he was frequently at the homeless shelter where I believe his church also hosted some Ukrainian refugees.

I believe Luke has gotten his life on a good path in the past couple years.  In my phone calls with him, I can tell the work he's been doing at his church has made him more empathetic towards people who are struggling.

I care for my friend Luke and ask that you offer him some leniency in his sentencing, understanding the value he provides to his community.

Sincerely,

Jason Argall
(727) 647-1218

Maksym Kovalov
Soborna St, 12
Ukraine, Mykolaiv, Mykolaivs'ka oblast, 54017
creams9tuna@gmail.com
+380679772171
7/25/2023

Re: Character Reference for Luke Williams

Dear Judge Matsumoto,

I am writing this character reference letter in support of my good friend, Luke Williams, who I have had the pleasure of knowing for the past four years. I understand that Luke is currently facing legal proceedings in Federal Court, and I am more than willing to provide my insight into his character.

I first met Luke in Ukraine, where I worked as a contractor under his guidance. Over time, we developed a strong bond and became close friends. I can confidently attest to his integrity, kindness, and the tremendous positive impact he has had on my life and the lives of others around him.

One of the most remarkable qualities of Luke is his dedication to hard work and self-improvement. He has always been eager to share his knowledge and skills, assisting me in both professional and personal development. Luke's guidance has been invaluable, and I am grateful for the knowledge I have gained from him.

Like all individuals, Luke faced his share of challenges, especially in managing his bipolar disorder. In the past, this condition sometimes affected the decisions that he made. However, Luke has shown tremendous progress in recent years. He now prioritizes his mental and physical health, leading to a stable mental state, and he has not experienced any manic episodes for over two years.

Currently, Luke is actively involved in multiple volunteer activities, such as his participation in various church events and his work with the Deerfield Free Store. The latter initiative provides essential aid to refugees from Ukraine and Afghanistan, which is particularly close to my heart as a Ukrainian myself. I commend Luke for his compassionate and selfless contributions, especially during these challenging times caused by the war with Russia in Ukraine.

In addition to his volunteer work, I must acknowledge Luke's continuous support for me personally throughout the duration of the war. He has been a constant source of mental and emotional support, which I deeply appreciate.

In conclusion, I firmly believe that Luke is an outstanding individual who has worked diligently to overcome personal challenges and to make a positive difference in the lives of others. His

dedication, kindness, and commitment to personal growth are qualities that make him an asset to the community. I have every confidence in his ability to continue on this path of progress and contribute positively to society.

Sincerely,

Maksym Kovalov

Maksym Kovalov

# Signature Certificate

Reference number: MKAFK-VGXNH-LAJNT-EBIQZ

| Signer | Timestamp | Signature |
|---|---|---|
| **Maksym Kovalov**<br>Email: creams9tuna@gmail.com | | Maksym Kovalov |
| Sent: | 25 Jul 2023 21:35:00 UTC | IP address: 94.100.220.61 |
| Signed: | 25 Jul 2023 21:35:00 UTC | Location: Kyiv, Ukraine |

Document completed by all parties on:

25 Jul 2023 21:35:00 UTC

**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature solution trusted by 40,000+ companies worldwide.

To Judge Kiyo A. Matsumoto,

Hello, my name is Nicholas O'Block and I am a 34-year-old emergency medicine physician in central California. I have known Luke for basically my entire life, since around the age of 5. We have been best friends since that time, from playing football together to video games to everything in between. I continue to be thankful for his friendship and our life journeys. Luke has always shown leadership potential and is quite talented and skilled at interpersonal relations. He has also thrived in competitive environments and has a strong drive to succeed. I directly witnessed the hardships that he endured as a young man growing up in a personally challenging environment. Although there were some directly racist words thrown against him, a lot of it was more indirect with near daily harassment for years. He had to develop an extremely thick skin to bear this frequent abuse, something a weaker person would not have been able to endure. The goal in this environment, the thing that would earn someone respect and freedom from harassment, was success. This was the somewhat unspoken, highest goal for everyone in this environment.

Because of Luke's talent and prodigious ability with technology, he quickly saw numerous business opportunities through the internet and ways to begin his career. As he saw the business environment around him, he saw what people were doing and quickly developed similar and more advanced business plans.  In this extremely competitive environment, being more aggressive with business tactics brought more success. Luke thrives in competition and unfortunately this was an unhealthy environment with unethical practices. This led to Luke spiraling out of control and as a result, suffering numerous psychological and physically painful events. But all of this was for good as it has led to a change in heart for my friend. We have both, individually, found Jesus Christ to be reliable and have accepted him as Lord and Savior.

Now Luke has come to know God and is seeking to please Him and live an honorable, moral life. I have directly witnessed the changes that he has undergone. The commitments he has made and followed through with in his church are extremely encouraging. We have had many discussions and I appreciate how the direction of his life is changing. I see that he is still being changed and look forward to see all the good works that await him and how he can use his gifts for the good of others.

Sincerely,

Nicholas O'Block, M.D.

847-494-1241 - oblock@gmail.com

7/27/2023

Ryan Eagle
265 Holiday Ln.,
Hainesville, IL 60073
786-203-6338

To: The Honorable Judge Kiyo A. Matsumoto

My name is Ryan Eagle and I have known Luke Williams (aka Larby Amirouche) for almost 15 years now. I first met Luke when I was 21 years old, we connected online, and I was interested in getting more involved in the advertising industry. We discovered that we lived close to each other: I lived in Buffalo Grove at a the time, and he lived in Highland Park.

I still remember our first meetings vividly because it changed the trajectory of my life in such a positive way. Luke came over to my house and we immediately became friends. From the beginning, he helped me out professionally with nothing in return. He took his time to teach me how to do Facebook Advertising, which started my journey in the advertising sector where I found great success for many years. He went out of his way to help me out and I am forever grateful for that. There are very few people that have entered my life that ever did things like that for me. I left the advertising sector many years ago, but our friendship remained alive. I consider Luke one of my best friends. Luke is someone that I could contact for anything, and he would be there for me.

It may sound silly, but being a nerd myself I was pretty goofy around women, and he helped my confidence grow to a point where I could meet my wife. I really had no clue how to meet someone, talk to them, or anything. Through our friendship during some of my hardest times, I grew the confidence in myself that I needed to meet the love of my life – my wife Bohdana. Bohdana and I now have a beautiful family together and are both close friends with Luke. We've had him over to our home and spent a lot of time together with him and our family. I wonder to myself sometimes if I would ever have the life that I have now without Luke in my life as a friend supporting me.

I know this case was a turning point in his life, and I have seen him dedicate an enormous amount of time into self-improvement and helping others. Luke works out and goes to yoga multiple times per week and he loves his newfound hobby. He's also become very involved in his Church, and we talk of prayer and God often. Luke is almost constantly volunteering – it's hard to keep up with all the events. From the Deerfield Free Store, to Feed My Starving Child, to Men's Ministry events – Luke has immersed himself in volunteer work. I know that he has helped at homeless shelters, PADS and other organizations as well. Luke is a wonderful person and a true friend in every sense of the word. He has impacted my life in such profound ways and his capacity for good is far greater than most people.

Sincerely,

________________________

Ryan B. Eagle