UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

 — against —

LARBY AMIROUCHE,

          Defendant.

- - - - - - - - - - - - - - - - - - - X

ORDER OF RESTITUTION

Criminal Docket No. 21-CR-64 (KAM)

      WHEREAS, the defendant LARBY AMIROUCHE pleaded guilty on May 5, 2022, in the above-captioned case,

      1.    This order of restitution will be incorporated by reference to the Judgment and Commitment Order to be filed in connection with the above-captioned case.

      2.    The defendant is directed to pay restitution to the victims named, and in the amounts listed in Exhibit A to this order.

      3.    Restitution is due immediately, but payable at the rate of 10% of the defendant's gross monthly income, earned and/or unearned from all sources, in monthly payments. The total restitution amount to be paid is $114,171.59. See 18 U.S.C. § 3612(f). Monthly payments shall be made to the Clerk of the Court, United States District Court, 225 Cadman Plaza East, Brooklyn, N.Y. 11201. The payment instrument shall reference the case name and number, as set forth above.

      4.    The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of the judgment, unless waived or modified by the court. See 18 U.S.C. § 3612(f).

      5.    The defendant shall notify the Court and the Financial Litigation Unit of the United States Attorney's Office, Eastern District of New York of any material change in the

defendant's economic circumstances that might affect the defendant's ability to pay restitution. See 18 U.S.C. § 3664(k).

   6. The restitution imposed is lien in favor of the United States on all property and rights to property of the person fined as if the liability of the person fined were a liability for a tax assessed under the Internal Revenue Code of 1986. The lien arises on the entry of judgment and continues for 20 years or until the liability is satisfied, remitted, set aside, or is terminated under subsection 18 U.S.C. § 3613(b). See 18 U.S.C. § 3613(c).

   7. The Clerk is directed to distribute restitution payments pro rata to the victims at least once per year to the extent funds are available to distribute. The United States Department of Probation and the United States Attorney's Office are directed to provide to the Clerk whatever assistance is necessary to assure prompt distribution of restitution payments. The Clerk is directed to mail a copy of the instant document and the attachment to the Criminal Assistant assigned to the instant case and the Financial Litigation Unit of the United States Attorney's Office of the Eastern District of New York.

Dated: Brooklyn, New York
    November __1__, 2023

                 _____
                  HONORABLE KIYO A. MATSUMOTO
                  UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

LARBY AMIROUCHE,

           Defendant.

- - - - - - - - - - - - - - - - - - - - X

Criminal Docket No. 21-CR-64 (KAM)

## EXHIBIT A TO ORDER OF RESTITUTION

| | VICTIM NAME | LOSS AMOUNT |
|---|---|---|
| (1) | BMO Harris Bank | $6,806.25 |
| (2) | HSBC Bank | $20,571.54 |
| (3) | Deutsche Bank | $15,977.46 |
| (4) | Wells Fargo & Company | $52,227.47 |
| (5) | Westamerica Bancorporation | $335.48 |
| (6) | Merrick Bank | $13,091.41 |
| (7) | Mission Valley Bank | $5,161.98 |
| Total Restitution | | $114,171.59 |