UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA,**
Plaintiff,                                                              Case No. 1:21-cr-00064-KAM

- against -

**LARBY AMIROUCHE aka, LUKE WILLIAMS**
Defendant.

### NOTICE OF TERMINATION OF COUNSEL AND PRO SE REPRESENTATION

**PLEASE TAKE NOTICE** that the undersigned Defendant, Luke Williams, aka Larby Amirouche, *pro se*, hereby terminates all counsel of record in the above-captioned case, including but not limited to Michael Kushner, effective immediately.

I further declare that Gordon Mehler is not now and was never authorized to represent me as counsel in this matter. Mr. Mehler misled me by stating that I could file *Pro Se* without terminating counsel and indicated that his involvement wouldn't do anything for my case, which I now understand to be incorrect advice.

As of the date of this notice, I am proceeding *Pro Se* and respectfully request that all future correspondence and notices be directed to me at the address provided below.

I am in urgent need of support from the Honorable Judge Kiyo A. Matsumoto in this matter and respectfully request the Court's guidance and assistance.

This notice is being filed in accordance with the Local Rules of the United States District Court for the Eastern District of New York and the Federal Rules of Criminal Procedure.

Dated: March 26, 2024
New York, New York

Respectfully Submitted,

<u>*Luke Williams aka Larby Amirouche*</u>

Luke Williams aka Larby Amirouche
Pro Se Defendant
835 Woodbine Road
Highland Park, IL 60035
872-701-5684
LUKEWILLIAMS317@GMAIL.COM

CC: AUSA David Pitluck
United States Attorney's Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

Michael Kushner, Esq. (former counsel)
16 Court St 36th floor,
Brooklyn, NY 11241
MICHAEL@KUSHLAWGROUP.COM

Gordon Mehler, Esq. (never authorized counsel)
Mehler Law PLLC
747 Third Avenue, 32nd Floor
New York, NY 10017
gmehler@wmhlaw.com