

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DCP
F. #2016R01393

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 16, 2024

By ECF

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: United States v. Larby Amirouche
     Criminal Docket No. 21-64 (KAM)

Dear Judge Matsumoto:

  The government writes to confirm that it has received the Court's scheduling order, dated April 11, 2024, that it must file a response to the defendant Larby Amirouche's amended motion to vacate (Dkt. No. 73) by June 5, 2024. The government has also mailed a copy of the Court's April 11 scheduling order to the defendant at his Bureau of Prisons facility. The government will similarly serve a copy of the government's response to the defendant's amended motion to vacate when it is filed on June 5, 2024.

          Very truly yours,

          BREON PEACE
          United States Attorney

     By: /s/ David C. Pitluck
        David C. Pitluck
        Assistant U.S. Attorney
        (718) 254-6108

cc: Larby Amirouche (by certified mail)