

|  |  |
|---|---|
| | U.S. Department of Justice |
| | *United States Attorney*<br>*Eastern District of New York* |
| DCP<br>F. #2016R01393 | *271 Cadman Plaza East*<br>*Brooklyn, New York 11201* |

June 4, 2024

By ECF

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    United States v. Larby Amirouche
                 Criminal Docket No. 21-64 (KAM)

Dear Judge Matsumoto:

        The government respectfully submits this letter to request a brief two-day extension to its deadline to file a response to the defendant Larby Amirouche's amended motion to vacate his conviction (Dkt. No. 73), which is currently due on Wednesday, June 5, 2024. If approved by the Court, the government would file its claim by the close of business on Friday, June 7, 2024. The government has not asked the defendant for his position on this request, but would agree to a two-day adjournment of the defendant's reply brief, which is currently due on July 5, 2024.

                                                Respectfully submitted,

                                                BREON PEACE
                                                United States Attorney

                            By:    /s/ David C. Pitluck
                                   David C. Pitluck
                                   Assistant U.S. Attorney
                                   (718) 254-6108