

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DCP
F. #2016R01393

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 8, 2024

By ECF

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Larby Amirouche
                Criminal Docket No. 21-64 (KAM)

Dear Judge Matsumoto:

      The government can confirm that it has mailed a copy of the Court's July 3, 2024 order granting the defendant's motion for an extension of time to file his reply brief in the above-referenced case (ECF Dkt. No. 88 (July 3, 2024)) to the defendant at his Bureau of Prisons facility by certified mail.

                                  Respectfully submitted,

                                    BREON PEACE
                                    United States Attorney

               By:   /s/ David C. Pitluck
                      David C. Pitluck
                      Assistant U.S. Attorney
                      (718) 254-6108