*[handwritten: Comments at this issue, disregard if already filed please.]*

TRULINCS 31196509 - AMIROUCHE, LARBY - Unit: TOM-M-D

---

United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

☆ JUL 12 2024 ☆

BROOKLYN OFFICE

July 1, 2024

Re:  United States v. Larby Amirouche, aka Luke Williams
     Case No: 1:21-cr-00064-KAM

Dear Judge Matsumoto,

I am writing to respectfully request a 30-day extension of time for Mr. Williams to file his response to the Government's response to his ?? 2255. Federal custody; remedies on motion attacking sentence petition. This request is necessitated by significant communication issues and delays in the receipt of mail at Thomson prison, which have impeded Mr. Williams' ability to prepare a timely and comprehensive response.

Mr. Williams has been diligently working on his response; however, the conditions at Thomson prison have created substantial obstacles.. Specifically, the prison has experienced frequent lockdowns and other disruptions that have limited Mr. Williams' access to necessary legal resources and communication channels. Additionally, there have been notable delays in the receipt of mail, further complicating his efforts to gather and review pertinent information in a timely manner.

Given these challenges, Mr. Williams requires additional time to ensure that his response is thorough and addresses all relevant points raised by the Government. He is committed to filing his response as soon as possible and is actively working to overcome the logistical hurdles presented by his current circumstances.

We appreciate the Court's understanding and consideration of this request. Granting this extension will allow Mr. Williams to adequately prepare his response, ensuring that his petition is fully and fairly adjudicated.

As the current deadline for Mr. Williams' response is July 7, 2024, we respectfully request a 30-day extension from that date, making the new due date August 6, 2024. This additional time will provide Mr. Williams with the necessary opportunity to gather the required information and prepare a comprehensive response, despite the ongoing challenges he faces at Thomson prison.

Respectfully submitted,
s/Larby Amirouche.
1:21-cr-00064
835 Woodbine Road
Highlan Park Illinois
lukewilliams317@gmail.com

Luke Williams (F/K/A/ Lucy Amirouche
FCI Thomson
Federal Correctional institution
PO Box 1002
Thomson, IL 61285

United States District Court
EASTERN DISTRICT OF NEW YORK
225 CADman Plaza
Brooklyn, New York, 11201

LEGAL MAIL

QUAD CITIES IL P&DF
IL 612 2 T
08 JUL 2024 PM

SDNY East

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 12 2024 ★
BROOKLYN OFFICE