

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DCP
F. #2016R01393

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 19, 2024

By ECF

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: United States v. Larby Amirouche
      Criminal Docket No. 21-64 (KAM)

Dear Judge Matsumoto:

  The government can confirm that it has mailed a copy of the government's opposition to the defendant's motion for reconsideration of the Court's denial of his motion pursuant to 28 U.S.C. § 2255 (ECF Dkt. No. 122) to the defendant at his Bureau of Prisons facility by certified mail.

            Respectfully submitted,

            BREON PEACE
            United States Attorney

       By: /s/ David C. Pitluck
          David C. Pitluck
          Assistant U.S. Attorney
          (718) 254-6108