

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DCP
F. #2016R01393

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 7, 2025

By ECF

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Larby Amirouche
               Criminal Docket No. 21-64 (KAM)

Dear Judge Matsumoto:

      The government can confirm that it has served a copy of the Court's March 6, 2025 order to the defendant at the address in Highland Park, IL he has previously provided to the Court.

      Respectfully submitted,

      JOHN J. DURHAM
      United States Attorney

By:    /s/ David C. Pitluck
      David C. Pitluck
      Assistant U.S. Attorney
      (718) 254-6108